| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| Earnest and Mattie Harris, | § | |
| | § | |
| Plaintiff, | § | Civil Action H-08-1243 |
| | § | |
| versus | § | Bankruptcy 03-44826 |
| | § | |
| Fidelity National Information Services, Inc., | § | Adversary 08-3014 |
| | § | |
| Defendant. | § | |

## Order Withdrawing Reference

1. The reference to the United States Bankruptcy Court for the Southern District of Texas, Houston Division, is withdrawn for Adversary 08-3014, and it is assigned to Judge Lynn N. Hughes.

2. A conference is set for

April 25, 2008
2:00 p.m.
Room 11122, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on April 23, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge